UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ARTHUR MORRISH | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05CV1816 (RMC) |
| ELAINE L. CHAO, Secretary Department of Labor | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik, and the U.S. Attorney's Office for the District of Columbia as counsel for the Federal Defendant.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Notice of Appearance has been made via mail or electronic filing to plaintiff's counsel, Eric M. May, 1717 K Street, N.W. Suite 1107, Washington, D.C. 20036 this, 8th day of November, 2005.

_____
KAREN L. MELNIK
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Washington, DC  20530
(202) 307-0338