UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ARTHUR MORRISH**             )
                               )
            **Plaintiff**      )   Case No.: 1:05CV01816 RMC
                               )
v.                             )
                               )
**ELAINE L. CHAO, et al.**     )
                               )
            **Defendants**     )

### AFFIDAVIT OF SERVICE

Eric M. May, Esquire duly sworn on oath deposes and states:

1. That he is the attorney for the plaintiff in the above cause of action.

2. That on October 12, 2005 he caused to be mailed, by certified mail, a copies of the Petition for Writ of Mandamus and For Relief from Unlawfully Withheld Agency Action, and summons to defendant, Elaine L. Chao, Secretary of Labor, U.S. Department of Labor, Frances Perkins Building, 200 Constitution Ave., N.W., Washington, DC 20210 and defendant, U.S. Attorney General, 950 Pennsylvania Ave., N.W., Washington, DC 20530.

3. That the Petitions and summons were received by the defendants on October 13, 2005 and October 19, 2005 as shown by the return receipts attached hereto.

Respectfully submitted,

Eric M. May #166561
Attorney for Plaintiff
1717 K Street, NW
Washington, DC 20036
(202) 822-8264

RECEIVED
NOV 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of Columbia: ss

Subscribed and sworn to before me this 4th day of November, 2005.

*Gwendolyn M. Penn*
Notary Public

My Commission Expires:

GWENDOLYN M. PENN
NOTARY PUBLIC, DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES 9-14-2009

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elaine L. Chao,
Secretary of Labor
U.S. Dept. of Labor
Francis Perkins Building
200 Constitution Ave, NW
Wash, DC 20210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Fields* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Fields
C. Date of Delivery: 10/13/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3267 4252

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Ave, N.W.
Wash, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

OCT 19 2005

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3267 4269

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540