UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR MORRISH | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.:  05-01816 (RMC) |
| ELAINE L. CHAO<br>SECRETARY OF LABOR | ) |
| | ) |
| Defendant | ) |
| | ) |

## PRAECIPE

The Clerk of the Court will please note that the plaintiff dismisses this action with prejudice.

---

Eric M. May   #166561
1717 K Street, N.W., Suite 1107
Washington,  D.C.   20006
(202) 822-8264
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on ths   23rd   day of   December, 2005, I mailed, postage prepaid a copy of the foregoing Praecipe to Karen L. Melnik, Esquire, Assistant United States Attorney, 555 4th Street, N.W., Washington,  D.C.   20530.

---

Eric M. May